UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| 2TEK, LLC, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LYNN ELLSWORTH and SYLVIA ELLSWORTH, a marital community, and DAVID L. SCHLEINING and JANE DOE SCHLEINING, a marital community, a/k/a "MALONE SCHWARTZ' and "JANE DOE SCHWARTZ,"<br><br>    Defendants. | Case No. C05-5805 FDB<br><br>ORDER EXTENDING COURT TRIAL AND PRETRIAL DATES |

This matter comes before the Court on a stipulated motion for an extension of time of pretrial deadlines and the trial date. Based on the stipulation of the parties and the availability of court dates, it is Hereby ORDERED:

The Deadlines set forth in the Court's Minute Order of September 28, 2006 are extended and the following deadlines are applicable:

The case is scheduled for trial on October 1, 2007.

Discovery cut-off and filing date for amended pleadings is June 4, 2007.

ORDER - 1

Mediation shall be completed no later than June 13, 2007.

All remaining motions, including DISPOSITIVE MOTIONS, shall be filed be filed by June 22, 2007.

Filing of Trial Briefs is August 30, 2007.

Pre-Trial Conference will be held on September 7, 2007 at 1:30 pm.

DATED this 25th day of January, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2